IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

v.                Case Nos.   2:11-CR-20046
                               2:11-CR-20058
                               2:11-CR-20059
                               2:12-CR-20002
                               2:12-CR-20003

JASON ANDREW DAY                                      DEFENDANT

## **ORDER**

Before the Court is the Government's unopposed Motion for Release of Funds (Doc. 23). The Government moves to apply $4,216.00 in United States currency seized and held in evidence by the Federal Bureau of Investigation ("FBI"). The Court finds that it is appropriate to grant the Government's request to release the seized funds to the Clerk of this Court for restitution purposes. Accordingly, the Government's Motion for Release of Funds is **GRANTED** and the FBI is **ORDERED** to release the $4,216.00 seized from Defendant to the Clerk of this Court for payment toward outstanding restitution.

**IT IS SO ORDERED** this 20th day of November, 2012.

*s/P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE